■ The People of the State of New York, Respondent, v Xavier Llop, Appellant. [864 NYS2d 378]—Judgment, Supreme Court, New York County (Micki A. Scherer, J.), rendered on or about March 14, 2007, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Saxe, Friedman and Acosta, JJ.